# JACK A. ADDESSO, PLLC
――――――ATTORNEYS AT LAW――――――

JACK A. ADDESSO, ESQ.

OF COUNSEL
ALAN MEROVITCH, ESQ.

153 STEVENS AVENUE
MT. VERNON, NEW YORK 10550

TEL: (914) 699-6052
FAX: (914) 699-1769
jaapllc@hotmail.com

December 6, 2011

Sandra Williams Jackson
Case Manager to Judge Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza East
Room N-409
Brooklyn, New York 11201

        Re:   U.S. v. John Porcello
                File No. 11CR31

Dear Ms. Jackson:

     Kindly adjourn the above referenced case scheduled for sentence on December 8, 2011, at 11:00 A.M. to a later date.

     I will file my sentencing submission to the court. Please advise of the new date.

     Thank you for your cooperation.

                                   Very truly yours,

                                   JACK A. ADDESSO, PLLC

JAA/RMA