# JACK A. ADDESSO, PLLC
―――――― ATTORNEYS AT LAW ――――――

JACK A. ADDESSO, ESQ.

OF COUNSEL
ALAN MEROVITCH, ESQ.

153 STEVENS AVENUE
MT. VERNON, NEW YORK 10550

TEL: (914) 699-6052
FAX: (914) 699-1769
jaapllc@hotmail.com

March 9, 2012

Sandra Williams Jackson
Case Manager to Judge Kiyoa Matsumoto
United States District Court
225 Cadman Plaza East
Room N-409
Brooklyn, New York 11201

Re:     U.S. v. John Porcello
File No.:    11CR31

Dear Ms. Jackson:

My client John Porcello has met with me regarding his current bail status. As you are aware, Mr. Porcello's sentencing date has been moved to August 21, 2012 by the court.

Mr. Porcello's family, who put up the required bail/security for Mr. Porcello's release pending the outcome of the case, have expressed a need to have their assets released. Mr. Porcello is requesting that he be remanded until the time of his sentencing in August 2012.

Kindly contact my office upon receipt hereof.

Thank you for your cooperation.

Very truly yours,

JACK A. ADDESSO, PLLC

JAA/RMA

cc:   Elizabeth A. Geddes, Ausa
      Allon Lifshitz, Ausa
      US Attorney
      Eastern District of NY
      271 Cadman Plaza
      Brooklyn, N.Y. 11201