

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:AL
F.#2011R00006

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 21, 2012

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   United States v. John Porcello
     <u>Criminal Docket No. 11-31 (KAM)</u>

Dear Judge Matsumoto:

  On March 19, 2012, the defendant, who is free on bond pending sentencing, advised the Court that certain of his suretors need access to their assets.  (Docket Entry No. 151.) Therefore, the defendant asked that he be remanded pending sentencing.  (<u>Id.</u>)  On March 20, 2012, the Court directed the government to respond to the defendant's request.  (Docket Entry dated March 20, 2012.)

  The government has no objection to the defendant's request.  As the Court will recall, Anthony Calabro, who is a defendant in a related case, was voluntarily remanded pending sentencing after having been previously released on bond pending trial.  Calabro's remand was achieved by Calabro moving to withdraw his bail application and for the Court to order him to self-surrender to the United States Marshal Service in the Eastern District of New York on a date certain.  (<u>United States v. Calabro</u>, 11 CR 30 (KAM), Docket Entry No. 483.)  The Court so-ordered the motion.  (<u>Id.</u>, Docket Entry No. 486.)

2

   To the extent that the defendant in the present case files the same motion as Calabro filed, the government anticipates that it will have no objection.

               Respectfully submitted,

               LORETTA E. LYNCH
               UNITED STATES ATTORNEY

          By:    /s/
             Elizabeth A. Geddes
             Allon Lifshitz
             Assistant U.S. Attorneys
             (718)254-6430/6164

cc: Clerk of Court (KAM) (by ECF)
   Jack A. Addesso, Esq. (by ECF)