# JACK A. ADDESSO, PLLC
#### ATTORNEYS AT LAW

JACK A. ADDESSO, ESQ.

OF COUNSEL
ALAN MEROVITCH, ESQ.

153 STEVENS AVENUE
MT. VERNON, NEW YORK 10550

TEL: (914) 699-6052
FAX: (914) 699-1769
jaapllc@hotmail.com

April 9, 2012

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York 225
Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States vs. John Porcello
        Criminal Docket No.:  11-31 (KAM)

Dear Judge Matsumoto:

    As you are aware Mr. Porcello will be sentenced tomorrow April 10th, 2012 at 11:00 AM in your courtroom.

    Please be advised that Mr. Porcello has requested that he be remanded into custody immediately after sentencing to begin serving his sentence.

    We are also requesting that the court discharge the sureties that have put up the security for Mr. Porcello's bail. We would respectfully request that these actions be taken by you at tomorrow's sentencing.

        Very truly yours,

        *Jack A. Addesso* (JAA)
        JACK A. ADDESSO, PLLC

JAA/RMA